No. 73–1433. HURT v. BRITTON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 73–7112. VALDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–49. CARLSON ET AL. v. CARLSON. Sup. Ct. Cal. Certiorari denied.

No. 74–57. DYKMAN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 74–94. SCRANTON CONSTRUCTION CO., INC., ET AL. v. LITTON INDUSTRIES LEASING CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–105. GOLDEN EAGLE, AKA AUSTINE v. JOHNSON, DEPUTY SHERIFF, ET AL. C. A. 9th Cir. Certiorari denied.

No. 74–128. ADOLPH COORS CO. v. FEDERAL TRADE COMMISSION; and

No. 74–609. FEDERAL TRADE COMMISSION v. ADOLPH COORS CO. C. A. 10th Cir. Certiorari denied.

No. 74–274. PARNESS ET UX. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–276. NATIONAL ROOFING CONTRACTORS ASSN. ET AL. v. BRENNAN, SECRETARY OF LABOR. C. A. 7th Cir. Certiorari denied.

No. 74–287. GABLES BY THE SEA, INC. v. LEE ET AL. C. A. 5th Cir. Certiorari denied.